**1635-14**

# ELECTRONIC RECORD

CCA #    09-13-00421-CR                          OFFENSE:    Appeal From a Pretrial Order

STYLE:  The State of Texas
        v. Christopher Lamar Stewart              PUNISHMENT:

                                                  COUNTY:    Montgomery

TRIAL COURT:        9th District Court                                    MOTION
TRIAL COURT #:      12-08-08546 CR         FOR REHEARING IS:
TRIAL COURT JUDGE:  Judge Kelly W. Case     DATE:
DISPOSITION:    AFFIRMED                     JUDGE:

DATE:      11-12-14

JUSTICE:   HOLLIS HORTON       PC   NO   S   YES

PUBLISH:   NO                  DNP:   YES

CLK RECORD:    12-06-13              SUPP CLK RECORD:
RPT RECORD:    09-18-13              SUPP RPT RECORD:
STATE BR:      12-30-13              SUPP BR:
APE BR:        05-08-14              PRO SE BR:

# IN THE COURT OF CRIMINAL APPEALS

**ELECTRONIC RECORD**                      CCA # __**1635-14**__

_____ State's ____ Petition          Disposition: _____
FOR DISCRETIONARY REVIEW IN CCA IS:      DATE: _____
__ refused __                            JUDGE: _____
DATE: _Mar 4, 2015_                      SIGNED: _____    PC: _____
JUDGE: _PC_                              PUBLISH: _____    DNP: _____

_____ MOTION FOR REHEARING IN      MOTION FOR STAY OF MANDATE IS:

CCA IS: _____ ON _____          _____ ON _____

JUDGE: _____                 JUDGE: _____